IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JAMIE MIDDLETON, Individually and On Behalf of All Others Similarly Situated, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. SA-23-CV-805-FB |
| USAA FEDERAL SAVINGS BANK, | § § § | |
| Defendant. | § | |

### *ORDER GRANTING MOTION TO COMPEL ARBITRATION AND DISMISS OR STAY CASE*

Before the Court is USAA Federal Savings Bank's Opposed Motion to Compel Arbitration and Dismiss or Stay Case filed on October 17, 2023 (docket #22). Although the motion is styled as an opposed motion, to date, no response or opposition has been filed by the Plaintiff.

In the motion, Defendant explains that this is a data exposure case in which unauthorized individuals accessed certain data of a limited number of USAA Federal Savings Bank ("USAA FSB") customers. (Docket #22 at page 1 - Am. Compl. ¶¶ 37–38.) This access occurred without USAA FSB's knowledge or consent, and the potentially affected customers were notified of the unauthorized access. The Plaintiff is a USAA member and account holder with USAA FSB and asserts a putative nationwide class action alleging several common law and two North Carolina statutory claims related to the data exposure. (*Id.* - Am. Compl. ¶¶ 76–114.) However, Defendant asserts Plaintiff's Depository Agreement and Disclosures with USAA FSB "not only waives her right to bring a class action but also requires Plaintiff to arbitrate her individual claims. The Agreement further delegates threshold issues of arbitrability to the arbitrator, here the AAA." (*Id.* at pages 1-2). Therefore, Defendant USAA FSB asserts this Court should grant its motion to compel arbitration and dismiss, or alternatively stay, this action. (*Id.* at page 2.)

The Court has reviewed the motion and the arguments and authorities presented therein as well as the affidavit and exhibits attached thereto and finds the motion has merit and should be granted as all of Plaintiff's claims are subject to a valid arbitration agreement. Therefore, IT IS HEREBY ORDERED that USAA Federal Savings Bank's Opposed Motion to Compel Arbitration (docket #22) is GRANTED such that Plaintiff is ORDERED to arbitrate her individual claims, and this case is DISMISSED WITHOUT PREJUDICE. *Lynch v. Tesla,* No. 1:22-cv-00597-RKP, 2022 WL 4476783, at *5 (W.D. Tex. Sept. 26, 2022) (Report and Recommendation recommending granting of motion to compel arbitration and dismissing case without prejudice), *Report and Recommendation Adopted*, 2022 WL 7767933 (W.D. Tex. Oct. 13, 2022); *Glazer's, Inc. v. Mark Anthony Brands Inc.*, Civil Action No. SA-11-CV-977-XR, 2012 WL 2376899 at *7 (W.D. Tex. Jun. 22, 2012) (granting motion to compel arbitration and dismissing case without prejudice). Motions pending are DISMISSED AS MOOT, and this case is now CLOSED.

It is so ORDERED.

SIGNED this 30th day of November, 2023.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE