IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JAMIE MIDDLETON, Individually and On Behalf of All Others Similarly Situated, | § § § | |
| Plaintiff, | § § | |
| VS. | § | CIVIL ACTION NO. SA-23-CV-805-FB |
| USAA FEDERAL SAVINGS BANK, | § § § | |
| Defendant. | § § | |

**J U D G M E N T**

On this date came on to be considered the Judgment to be entered in the above-styled and numbered cause.

Consistent with the Order Granting Motion to Compel Arbitration and to Dismiss or Stay Case filed in this cause on this same date,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that USAA Federal Savings Bank's Opposed Motion to Compel Arbitration (docket #22) is GRANTED, and this case is DISMISSED WITHOUT PREJUDICE. As nothing remains to resolve, the Court renders final judgment pursuant to Federal Rule of Civil Procedure 58. Motions pending are also DISMISSED and this case is now CLOSED.

It is so ORDERED.

SIGNED this 30th day of November, 2023.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE